IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                                        )
        vs.                            )   Criminal No. 24-259
                                          )   Judge Nora Barry Fischer
CELESTINO PALMER,            )
                                        )
        Defendant.       )

**MEMORANDUM ORDER**

AND NOW, this 27th day of May, 2026, upon consideration of Defendant Celestino Palmer's Motion for Furlough to Attend Funeral Service, (Docket No. 45), wherein he requests a furlough to attend the funeral service of his uncle, Mr. Herbert Palmer, or alternatively, asks that the Court permit him to attend the funeral service from the Butler County Prison by videoconference livestream, and the Court's Order of April 10, 2026 denying his prior request for a furlough to attend the funeral service for his great aunt but authorizing his request to attend by videoconference livestream, (Docket No. 42),

IT IS HEREBY ORDERED that Defendant's Motion [45] is GRANTED, IN PART, AND DENIED, IN PART. For essentially the same reasons set forth in the prior Order, Defendant's Motion is denied to the extent that he seeks temporary release from presentence custody at the Butler County Prison to attend the funeral service because such circumstances are not sufficiently compelling reasons to warrant temporary release given all of the facts and circumstances of this case and Defendant's background and history. *See e.g., United States v. Porter*, 442 F. Supp. 3d 903, 908 (W.D. Pa. Mar. 5, 2020) (citing *United States v. Smith*, 34 F. Supp. 3d 541, 551-52 (W.D. Pa. 2014) ("[m]ost courts agree that 'purely personal' circumstances do not typically rise to the level of exceptional."); *United States v. Wood*, No. CR 21-385-23, 2022 WL 1689511, at *1 (W.D. Pa. May

1

26, 2022) ("Defendant has not demonstrated that attending his aunt's funeral service is a compelling reason warranting his temporary release under § 3142(i)"); *United States v. Clanton*, Crim. No. 21-194, Docket No. 25 (W.D. Pa. Jul. 13, 2021) (denying motion seeking temporary release for funeral). However, the Court will grant the request that Defendant be permitted to attend the service by videoconference livestream. *See Clanton*, Crim. No. 21-194, Docket No. 33 (W.D. Pa. Jul. 15, 2021) (granting leave to attend funeral service by video).

ACCORDINGLY, IT IS FURTHER ORDERED that the Warden of the Butler County Prison and all other responsible officers are hereby requested and directed to permit Celestino Palmer to attend the funeral for his uncle, Mr. Herbert Palmer, via Zoom from **11:00 a.m. to 2:00 p.m. on Saturday, May 30, 2026**. Defendant's family shall be responsible for creating the videoconference invitation/log in instructions and counsel for Defendant shall provide the Butler County Prison with same as soon as possible.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All Counsel of Record

Celestino Palmer c/o Andrew Lipson, AFPD

Pretrial Services/Probation Office

U.S. Marshal

2